IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Cynthia Jackson, :
:
    Plaintiff(s), :
:
: Case Number: 1:14cv873
vs. :
: Judge Susan J. Dlott
Commissioner of Social Security, :
:
    Defendant(s). :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on January 25, 2015 (Doc. 17), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired February 11, 2016, hereby ADOPTS said Report and Recommendation.

Accordingly, the decision of the Commissioner to deny Plaintiff's Disability Insurance Benefits is AFFIRMED since it is supported by substantial evidence in the record.  This case is hereby TERMINATED from the docket of this Court.

    IT IS SO ORDERED.


       ___s/Susan J. Dlott_____
       Judge Susan J. Dlott
       United States District Court